1:04-cv-01348-MMM   # 27   Page 1 of 2
1:04-cv-01348-MMM   # 25   Page 1 of 2

E-FILED
Friday, 03 February, 2006 08:09:59 AM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 31 January, 2006 03:09:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.    04-1348 |
| ) | |
| BARBARA A. PRICHARD, fka BARBARA A. ) | |
| EGLI, CATHERINE E. CHAVIS and STATE ) | |
| OF ILLINOIS IN BEHALF OF DEPARTMENT ) | |
| OF PUBLIC AID, ) | |
| ) | |
| Defendants. ) | |

### DECREE CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE

This day comes **STEVEN D. DEATHERAGE**, United States Marshal, appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of his proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds:

1. A notice required in accordance with Ill.Rev.Stat., Ch. 110, Sec. 15-1507(c) was given.

2. The terms of sale were fair and not unconscionable.

3. The sale was conducted fairly and without fraud.

4. Justice was done by the sale.

5. All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

**IT IS THEREFORE ORDERED**:

A.  Said Report of Sale is approved and said sale is confirmed.

B.  The United States Marshal will execute a deed to the holder of the Certificate of Sale at this time sufficient to convey title pursuant to Ill.Rev.Stat., Ch. 110, Sec. 15-1509(a) and Section 2001 of Title 28, United States Code.

C.  The United States shall distribute said proceeds of sale in the manner provided herein and in the Judgment of Foreclosure previously approved by this Court as soon as practicable after entry of this Decree, without further Court order.

ENTERED: 2/2/06

s/Michael M. Mihm
**MICHAEL M. MIHM**
**UNITED STATES DISTRICT COURT JUDGE**